THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Amy E. R.,
 Gilbert R., and Angus C., Defendants,
 Of whom Amy E.
 R. is the, Appellant.
 In the
 interest of three minor children under the age of 18.
 
 
 

Appeal From Greenville County
 Robert N. Jenkins, Sr., Family Court
Judge

Unpublished Opinion No.  2012-UP-053 
 Submitted January 3, 2012  Filed January
26, 2012

AFFIRMED

 
 
 
 Jonathan Ashley Neal and Thomas J. Quinn,
 of Greenville, for Appellant.
 Deborah  Murdock, of Mauldin, for
 Respondent.
 Robert A. Clark, of Greenville, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Amy E. R. appeals the family court's final order terminating her parental rights
 to her minor children.  See S.C. Code Ann. § 63-7-2570 (2010).  Upon a thorough review of
 the record and the family court's findings of fact and conclusions of law
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 court's ruling.
AFFIRMED.[1]
FEW, C.J.,
 THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.